IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR.,<br><br>    Plaintiff,<br><br> v.<br><br>UNKNOWN,<br><br>    Defendant. | No. C 12-2860 LHK (PR)<br><br>JUDGMENT |

  The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

  IT IS SO ORDERED.

DATED: 7/30/12

                   *Lucy H. Koh*
                   LUCY H. KOH
                   United States District Judge

G:\PRO-SE\SJ.LHK\CR.12\Broussard860jud.wpd